STATE of Missouri, Respondent,

v.

**Stephen R. SHELL, Appellant.**

**Stephen R. SHELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 48912, WD 50848.**

Missouri Court of Appeals,
Western District.

Feb. 27, 1996.

Rearing Denied April 2, 1996.

Susan M. Hunt, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and BERREY and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Appeal from convictions of burglary in the first degree, § 569.160 RSMo 1986, armed criminal action, § 571.015 RSMo 1986, robbery in the first degree, § 569.020 RSMo 1986, two counts of forcible rape, § 566.030 RSMo Supp.1992, two counts of forcible sodomy, § 566.060 RSMo 1992, the sentences imposed therefrom as well as denial of Rule 29.15 motion.

Affirmed. Rules 30.25(b) and 84.16(b).